PROB 12
(Rev 02/94)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Criminal Action No. 1:95CR00014-002** |
| | ) | |
| **Kenya White,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### Petition on Probation and Supervised Release

COMES NOW Craig H. Carpenter  Probation Officer of the Court presenting an official report upon the conduct and attitude of Kenya White , who was placed on supervision by the Honorable Murray M. Schwartz , sitting in the court at Wilmington, DE.  on the 24  day of July 1995 , who fixed the period of supervision at four (4) years , and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

1.  The defendant shall provide the probation officer access to financial information.
2.  The defendant shall participate in a program of testing and treatment for drug abuse, as directed by the probation officer.
3.  The defendant shall participate in a program of vocational or educational training as directed by the probation officer.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

The defendant has served approximately thirteen (13) years in federal prison.  The defendant is experiencing adjustment problems in the community.  The defendant has indicated an interest in attending mental health treatment. It is recommended the Court  impose a mental health counseling condition in this case, so the defendant can participate in a program of mental health testing and treatment.

**PRAYING THAT THE COURT WILL ORDER ...a modification of the conditions of supervised release to impose a special condition the defendant  enter and complete a program of mental health testing and treatment as directed by the U.S. Probation Office.**

| | |
|---|---|
| **ORDER OF COURT** | I declare under penalty of perjury the foregoing is true and correct, |
| So ordered this _____ day | |
| of _____ 2007. | _____ |
| _____ | Senior U.S. Probation Officer |
| U. S. District Judge | Executed on    July 24, 2007 |
| | Place    Wilmington, Delaware |

# UNITED STATES DISTRICT COURT
## for the
# DISTRICT OF DELAWARE

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

1.   **The defendant shall participate in and complete a mental health treatment program as directed by the U.S. Probation Office.**

Witness: _____     Signed: _____
              U.S. Probation Officer                      Probationer or Supervised Releasee

                                        _____6-22-07_____
                                                     DATE